IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>JOSE A. ENRIQUEZ-SEPULVEDA<br>a/k/a José Antonio<br>Defendant | CRIMINAL 11-0157CCC |

# O R D E R

Having considered the Report and Recommendation filed on August 15, 2011 (**docket entry 41**) on a Rule 11 proceeding of defendant José A. Enríquez-Sepúlveda held before U.S. Magistrate Judge Marcos E. López on August 12, 2011, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant José A. Enríquez-Sepúlveda is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 12, 2011. The **sentencing hearing is set for November 10, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on August 29, 2011.

S/CARMEN CONSUELO CEREZO
United States District Judge